No. 14, Original. SCHUTTE *v.* NEBRASKA ET AL. The motion for leave to file petition is denied.

No. 65, Misc. ROARK *v.* ALVIS, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari denied. Petitioner *pro se. William Saxbe,* Attorney General of Ohio, and *William M. Vance,* Assistant Attorney General, for respondent.

No. 356, Misc. LUNDBERG *v.* BANNAN, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus and for other relief denied.

No. 370, Misc. ORDER OF RAILROAD TELEGRAPHERS ET AL. *v.* DUFFY ET AL., U. S. COURT OF APPEALS JUDGES, ET AL. Motion for leave to file petition for writ of mandamus denied. *Alex Elson, Lester P. Schoene, Brainerd Currie* and *Philip B. Kurland* for petitioners. *Solicitor General Rankin* for the Judges of the United States Court of Appeals for the Seventh Circuit, and *Carl McGowan* for the Chicago & North Western Railway Co., respondents.

No. 229, Misc. LASSITER *v.* NORTHAMPTON COUNTY BOARD OF ELECTIONS. Appeal from the Supreme Court of North Carolina. Motion for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted. *Herman L. Taylor* and *Samuel S. Mitchell* for appellant. *Malcolm B. Seawell,* Attorney General of North Carolina, and *Ralph Moody,* Assistant Attorney General, for appellee.